# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

        v.                                                                Crim. No. 5:12-MJ-1940-1

MICHAEL T. MULLIKIN

      On December 11, 2012, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                        Respectfully submitted,

/s/ Robert K. Britt                                                /s/ Keith W. Lawrence  
Robert K. Britt                                                         Keith W. Lawrence  
Senior U.S. Probation Officer                           U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this 29th day of October, 2013.

_____  
James E. Gates  
United States Magistrate Judge